

# OSHA INSTRUCTION

**U.S. DEPARTMENT OF LABOR**  **Occupational Safety and Health Administration**

| **DIRECTIVE NUMBER:** CPL 03-00-022 | **EFFECTIVE DATE:** 12/10/2019 |
|---|---|
| **SUBJECT:** National Emphasis Program on Amputations in Manufacturing Industries | |

## ABSTRACT

**Purpose:** This Instruction describes policies and procedures for the continued implementation of a National Emphasis Program (NEP) to identify and reduce or eliminate amputation hazards in manufacturing industries.

**Scope:** Occupational Safety and Health Administration-wide (OSHA-wide).

**References:** CPL 02-00-025, Scheduling System for Programmed Inspections, January 4, 1995.
Revised Interim Enforcement Procedures for Reporting Requirements under 29 CFR §1904.39, March 4, 2016.
CPL 02-00-163, Field Operations Manual (FOM), September 13, 2019.
CPL 04-00-002, Procedures for the Approval of Local Emphasis Programs (LEPs), November 13, 2018.

**Cancellations:** This Instruction supersedes OSHA Instruction CPL 03-00-019, National Emphasis Program on Amputations, August 13, 2015.

**State Impact:** Notice of Intent and Adoption required. See paragraph VII.

**Action Offices:** National, Regional, Area and State Plan Offices.

**Originating Office:** Directorate of Enforcement Programs.

**Contact:** Office of General Industry and Agricultural Enforcement
200 Constitution Avenue, NW, N3119
Washington, DC 20210
(202) 693-1850

ABSTRACT - 1

**EXHIBIT C**

By and Under the Authority of


Loren Sweatt
Principal Deputy Assistant Secretary

## Executive Summary

This Instruction provides updated guidance to the OSHA National, Regional, and Area Offices for continued implementation of its NEP to identify and reduce or eliminate amputation hazards in manufacturing industries.  OSHA's enforcement history shows that employees are often injured when machinery or equipment is not properly guarded or maintained.  This NEP targets industrial and manufacturing workplaces having machinery and equipment that can potentially cause amputations.

## Significant Changes

This updated Instruction has the following changes:
- Revises the coding requirements for all OSHA amputation inspections in the OSHA Information Systems (OIS);
- Revises the targeting methodology to include data from the amputation reporting requirement under 29 CFR § 1904.39;
- Removes Appendix A – Machinery and Equipment from the previous NEP on amputations;
- Removes Appendix B – Related American National Standards Institute (ANSI)/American Society of Mechanical Engineers (ASME) Standards from the previous NEP;
- Adds a new Appendix A – Amputations Targeting Methodology; and
- Adds a new Appendix B – Covered North American Industry Classification System (NAICS) Codes.

**Table of Contents**

| | | |
|---|---|---|
| I. | Purpose……………………………………………………………………… | 1 |
| II. | Scope………………………………………………………………………... | 1 |
| III. | References…………………………………………………………............ | 1 |
| IV. | Cancellations……………………………………………………………… | 1 |
| V. | Expiration Date…………………………………………………….....… | 1 |
| VI. | Action Offices…………………………………………………………… | 2 |
| | A. Responsible Office……………………………………………………… | 1 |
| | B. Action Offices………………………………………………………..… | 1 |
| VII. | State Plan Impact - Notice of Intent and Adoption Required………………… | 2 |
| VIII. | Background………………………………………………………………… | 2 |
| IX. | Inspection Scheduling……………………………………………………… | 2 |
| | A. Scheduling/Site Selection……………………………………………… | 2 |
| | B. List and Cycle Generation…………………………………………….. | 3 |
| | C. Scheduling Inspections…………………………………………….... | 3 |
| | D. Deletions…………………………………………………………… | 3 |
| X. | Inspections Procedures…………………………………………………… | 3 |
| | A. Scope................................................................................................... | 3 |
| | B. Opening Conference………………………………………………….. | 3 |
| | C. Walkaround…………………………………………………………… | 4 |
| | D. Training………………………………………………………..……… | 4 |
| XI. | Recording in OIS…………………………………………………………… | 4 |
| | A. Programmed Inspections under the Amputations NEP Only...................... | 4 |
| | B. Unprogrammed Inspections Combined with Amputation NEP………..… | 4 |
| | C. Other Emphasis Program Inspections with Amputation NEP……..…….. | 4 |
| XII. | Outreach………………………………………………………………….. | 5 |
| | Appendix A: Amputations Targeting Methodology…..……………………... | A-1 |
| | Appendix B: Covered NAICS Codes…………………………..…………….. | B-1 |

I.  **Purpose**.

This Instruction describes policies and procedures for the continued implementation of OSHA's NEP to identify and reduce or eliminate workplace hazards associated with amputations in the manufacturing industries.

II. **Scope**.

This Instruction applies OSHA-wide.

III. **References**.

   A. Final Rule at [79 FR 56129-56188](#), Occupational Injury and Illness Recording and Reporting Requirements – NAICS Update and Reporting Revisions.

   B. [29 CFR Part 1904](#), Recording and Reporting Occupational Injuries and Illnesses.

   C. [29 CFR Part 1910, Subpart J](#), General Environmental Controls, § 1910.147, The Control of Hazardous Energy (Lockout/Tagout).

   D. [29 CFR Part 1910, Subpart O](#), Machinery and Machine Guarding.

   E. [29 CFR Part 1910, Subpart P](#), Hand and Portable Powered Tools & Other Hand-Held Equipment.

   F. [CPL 02-00-163](#), FOM, September 13, 2019.

   G. [CPL 02-00-025](#), Scheduling System for Programmed Inspections, January 4, 1995.

   H. [CPL 02-00-051](#), Enforcement Exemptions and Limitations under the Appropriations Act, May 28, 1998, or successor guidance.

   I. [CPL 02-00-147](#), The Control of Hazardous Energy – Enforcement Policy and Inspection Procedures, February 11, 2008.

   J. [CPL 02-01-025](#), Guidelines for Point of Operation Guarding of Power Press Brakes, February 14, 1997.

   K. [CPL 02-01-043](#), Slide-locks – Enforcement Policy, Inspection Procedures and Performance Guidance Criteria, September 14, 2007.

   L. [CPL 04-00-002](#), Procedures for the Approval of LEPs, November 13, 2018.

   M. [Revised Interim Enforcement Procedures for Reporting Requirements under 29 CFR § 1904.39](#), March 4, 2016.

IV. **Cancellations**.

This Instruction supersedes CPL 03-00-019, NEP on Amputations, August 13, 2015.

V. **Expiration Date**.

This Instruction will terminate five years from the effective date.

VI. **Action Offices**.

   A. Responsible Office. Directorate of Enforcement Programs (DEP).

B. <u>Action Offices</u>. OSHA Regional Administrators, Area Directors, and National Office Directors must ensure that the policies and procedures set forth in this Instruction are followed. Regional Administrators also must ensure that the Consultation Program Managers in their regions are informed of the requirements of this Instruction and encourage the involvement of On-Site Consultation Programs in compliance assistance activities for workplace hazards associated with amputations in manufacturing industries.

VII. **State Plan Impact – Notice of Intent and Adoption Required**.

This Instruction describes a federal program, updating OSHA's NEP covering amputations in manufacturing industries. The enforcement policies and procedures for amputation inspections conducted by states with OSHA-approved State Plans must be at least as effective as those in this Instruction.

OSHA-approved State Plans are required to notify OSHA within 60 days as to whether they intend to adopt policies and procedures identical to those in this Instruction or adopt or maintain different policies and procedures.

If a State Plan adopts or maintains policies and procedures that differ from federal policies and procedures, the State Plan must identify the differences, and may either post the policy on its website and provide the link to OSHA or submit an electronic copy to OSHA with information on how the public may obtain a copy. If the State Plan adopts policies and procedures that are identical to federal policies and procedures, the State Plan must provide the date of adoption to OSHA. State Plan adoption must be accomplished within six months, with posting or submission of documentation within 60 days of adoption. OSHA will provide summary information on the State Plan responses to this Instruction on its website at www.osha.gov/dcsp/osp/index.html.

VIII. **Background**.

Operating machinery or equipment can be extremely dangerous when it is not properly guarded or maintained. Injuries involving machinery or equipment often result in death or permanent disability. OSHA's enforcement history shows that employees performing servicing and maintenance on machinery or equipment are often injured when no machine guarding is present. OSHA workplace requirements prescribe measures for the safe operation, servicing, and/or maintenance of machinery and equipment.

When identifying potential targeted industries under this NEP, OSHA analyzed OIS data involving calendar years 2015-2018 and Bureau of Labor Statistics (BLS) data for calendar years 2014-2017. OIS data were limited to federal jurisdiction only. Appendix A, Amputations Targeting Methodology, provides the criteria used in developing the NAICS codes for this NEP.

IX. **Inspection Scheduling**.

A. <u>Scheduling/Site Selection</u>. The Office of Statistical Analysis will provide each Area Office (AO) with access to software and a database that includes the establishments with the NAICS codes covered under this NEP (Appendix B). Only OSHA and State Plan states will have access to this information.

Establishment lists will be generated using the Establishment Targeting List-Generation System. The list generated will be the master list for this NEP and will include the covered NAICS codes for the AO's area of responsibility.

B. <u>List and Cycle Generation</u>. AOs may add, based on local evidence, manufacturing establishments (regardless of the NAICS codes) to the master list where amputation injuries or fatalities related to machinery and equipment have occurred in the five years preceding the effective date of this Instruction. The local evidence may be based on OIS incident data, employer-reported amputations, and workers' compensation data. Once added, the master list must be re-randomized prior to use after establishments are added.

C. <u>Scheduling Inspections</u>.

The AO must schedule inspections as follows:

1. If the AO intends to inspect the entire master list, then the inspections may be scheduled in any order. If the AO uses this method, it must account (through inspections and deletions) for covering the entire list. The AO cannot inspect off a new list until the entire previous list is completed.

2. The AO may inspect the facilities in the random number order provided. If the AO uses this method, it does not need to complete the entire list. The AO may create cycles by choosing a set number of establishments from the establishment list sorted in random number order.

D. <u>Deletions</u>. The AO shall delete establishments with 10 or fewer employees from the master list. Based on local knowledge, AOs may delete establishments that are not likely to have targeted machinery and equipment, or establishments known to be out of business, documenting the basis for such determinations.

X. **Inspection Procedures**.

A. <u>Scope</u>. Inspections initiated under this NEP are programmed, planned inspections and will be conducted in accordance with provisions of the FOM, Chapter 3, Inspection Procedures.

When possible, inspections conducted under this NEP will be combined with other programmed and unprogrammed inspections. This NEP may be combined with other existing initiatives, such as LEPs or Site-Specific Targeting.

Complaints and referrals addressing operations that allege potential exposures to amputation hazards must be inspected under this NEP and handled in accordance with the procedures outlined in Chapter 9 of the OSHA FOM CPL 02-00-160. This NEP provides information on operations likely to lead to employee exposure to amputation hazards. Complaints and referrals alleging potential exposures to amputation hazards that could result in injury must be handled by an inspection.

B. <u>Opening Conference</u>. The Compliance Safety and Health Officer (CSHO) will verify the NAICS codes of the site and the number of employees employed by the employer.

The CSHO will also verify with the employer whether any machinery and/or equipment that could cause amputations is present in the workplace. In addition, OSHA 300 logs and 301 incident reports for the current and previous three calendar years will be reviewed during the opening conference in order to identify recorded amputations associated with machinery and/or equipment.

The CSHO shall conduct an inspection unless:

1. The site NAICS code is not listed in Appendix B of this NEP and the CSHO determines that there are no amputation hazards, OR

2. There are 10 or fewer employees.

If the CSHO does not conduct an inspection, the CSHO must document the reason(s) for not inspecting, exit the establishment, and code in OIS as "No Inspection."

C. <u>Walkaround</u>. If any machinery or equipment associated with amputations is present in the workplace, the CSHO should exercise professional judgment in conducting an inspection, paying particular attention to employee exposure to nip points, pinch points, shear points, cutting actions, and other points of operation. The CSHO should consider and evaluate employee exposures during setup, regular operation of the machine, clearing jams or upset conditions, making adjustments while the machine is operating, cleaning of the machine, oiling or greasing of the machine or machine pans, scheduled/unscheduled maintenance, and locking out and/or tagging out.

D. <u>Training</u>. Because of the technical nature of some of these inspections and/or machinery and equipment, CSHOs who conduct inspections under this NEP must have adequate training and/or knowledge of both general and specific machine guarding concepts and techniques and hazardous energy control (lockout/tagout) program requirements.

XI. **Recording in OIS**.

A. <u>Programmed Inspections under the Amputations NEP Only</u>. All inspections opened from the targeting list under this NEP will be coded as initiating type Programmed Planned, and "AMPUTATE" shall be selected as the Primary Emphasis Program. Inspections opened under the targeting list that are "No Inspection" will also be coded pursuant to this paragraph, with the reason for not conducting the inspection (e.g., number of employees less than 10).

B. <u>Unprogrammed Inspections Combined with Amputation NEP</u>. All unprogrammed inspections that reveal amputation hazards will be coded as "AMPUTATE" under the Secondary Emphasis Program.

C. <u>Other Emphasis Program Inspections with Amputation NEP</u>. Amputation hazards found while conducting inspections under other NEPs, REPs, and LEPs may be coded as "AMPUTATE" under the Secondary Emphasis Program.

**NOTE: Any use of the code "AMPUTATE" in OIS to identify amputation hazards not covered under this NEP must be coded under the Secondary Emphasis Program**.

**XII.** **<u>Outreach</u>**.

Each Regional Office (RO) and AO must implement a 90-day outreach program that supports the purpose of this NEP. During this period, the manufacturing industries with NAICS codes under Appendix B will be offered outreach prior to undergoing inspections under this NEP. Outreach also will include Occupational Injury and Illness Recording and Reporting Requirements under 29 CFR § 1904.39. Letters and news releases to local and national news organizations and trade magazines can assist with disseminating information about this NEP. Outreach programs with employers, professional associations, and local unions may include meetings, training, education, speeches, or other activities designed to involve labor and management in the identification and elimination of hazards associated with amputations and machinery. The Office of Communications will provide support to the ROs and AOs, as necessary. ROs and AOs have discretion to disseminate outreach materials to stakeholders, which may include employees, employers, professional associations, and local unions.

# Appendix A

# AMPUTATIONS TARGETING METHODOLOGY

### Category 1
**Selection Process for Industries with High OIS Inspection Numbers**:

- OSHA selected five standards (29 CFR §§ 1910.147, 1910.212, 1910.213, 1910.217, and 1910.219) that are generally recognized as being related to amputation hazards.
- OSHA used OIS data covering calendar years 2015-2018 and identified those industries with 40 or more federal OSHA inspections with one or more violations of the selected standards.
- The process yielded 90 five-digit NAICS codes.

### Category 2
**Selection Process for Industries with High BLS Rates**:

- OSHA used the four years of BLS Data (calendar years 2014-2017) on incidence rates for nonfatal occupational injuries and illnesses involving days away from work per 10,000 full-time workers.
- OSHA selected NAICS codes with BLS incidence rates of 7.5 or greater for amputations for any year.
- Seven and a half is 2.5 times the average overall rate, for manufacturing, an incidence rate of 3.0 averaged over the four years of data.
- The process yielded 21 five-digit NAICS codes.

### Category 3
**Selection Process for Industries with High BLS Amputation Numbers**:

- OSHA used the four years of BLS Data (calendar years 2014-2017) on the number of amputations.
- OSHA selected NAICS codes with BLS numbers of 50 or more amputations per year for calendar years 2014-2017.
- The process yielded 42 five-digit NAICS codes.

### Category 4
**Selection Process for Industries with High Employer Reported Amputation Numbers (OIS Employer Reported Severe Injuries)**:

- OSHA selected all employer-reported referrals with at least one amputation reported during calendar years 2015 and 2018.
- OSHA selected NAICS codes with reported amputations of 25 or more per year for calendar years 2015-2018.
- Twenty-five was used instead of 50 as the OIS data are federal plan only and therefore are representative of approximately half the BLS data.
- The process yielded 130 five-digit NAICS codes.

**Data Summation**

The NAICS codes that comprise the scope of this NEP meet one or more of the following criteria:

- High OIS Inspection Numbers with High BLS Amputation Rates and High BLS Amputation Numbers (Categories 1, 2, and 3) – eight five-digit NAICS codes.

- High OIS Inspection Numbers with High BLS Amputation Rates and High OIS Employer Reported Amputation Numbers (Categories 1, 2, and 4) – 11 five-digit NAICS codes.

- High OIS Inspection Numbers with High BLS Amputation Numbers and High OIS Employer Reported Amputation Numbers (Categories 1, 3, and 4) – 27 five-digit NAICS codes.

- High BLS Amputation Rates with High BLS Amputation Numbers and High OIS Employer Reported Amputation Numbers (Categories 2, 3, and 4) – nine five-digit NAICS codes.

After eliminating overlap between the criteria results, 27 five-digit NAICS codes remained.

- Eighty-one percent of the 27 five-digit NAICS codes are in manufacturing industries (31-33).

- After expanding the 27 five-digit manufacturing NAICS codes to six-digit NAICS codes, Appendix B represents the 75 six-digit NAICS codes covered under this Amputation NEP.

# Appendix B
# COVERED NAICS CODES

| NAICS CODES | ESTABLISHMENTS |
|---|---|
| 311511 | Fluid Milk Manufacturing |
| 311512 | Creamery Butter Manufacturing |
| 311513 | Cheese Manufacturing |
| 311514 | Dry, Condensed, and Evaporated Dairy Product Manufacturing |
| 311611 | Animal (except Poultry) Slaughtering |
| 311612 | Meat Processed from Carcasses |
| 311613 | Rendering and Meat Byproduct Processing |
| 311615 | Poultry Processing |
| 311811 | Retail Bakeries |
| 311812 | Commercial Bakeries |
| 311813 | Frozen Cakes, Pies, and Other Pastries Manufacturing |
| 311991 | Perishable Prepared Food Manufacturing |
| 311999 | All Other Miscellaneous Food Manufacturing |
| 321113 | Sawmills |
| 321114 | Wood Preservation |
| 321212 | Softwood Veneer and Plywood Manufacturing |
| 321213 | Engineered Wood Member (except Truss) Manufacturing |
| 321214 | Truss Manufacturing |
| 321219 | Reconstituted Wood Product Manufacturing |
| 321911 | Wood Window and Door Manufacturing |
| 321912 | Cut Stock, Resawing Lumber, and Planing |
| 321918 | Other Millwork (including Flooring) |
| 321920 | Wood Container and Pallet Manufacturing |
| 322211 | Corrugated and Solid Fiber Box Manufacturing |
| 322212 | Folding Paperboard Box Manufacturing |
| 322219 | Other Paperboard Container Manufacturing |
| 326121 | Unlaminated Plastics Profile Shape Manufacturing |
| 326122 | Plastics Pipe and Pipe Fitting Manufacturing |
| 326191 | Plastics Plumbing Fixture Manufacturing |
| 326199 | All Other Plastics Product Manufacturing |

| NAICS CODES | ESTABLISHMENTS |
|---|---|
| 327331 | Concrete Brick and Block Manufacturing |
| 327332 | Concrete Pipe Manufacturing |
| 331210 | Iron and Steel Pipe and Tube Manufacturing from Purchased Steel |
| 331221 | Rolled Steel Shape Manufacturing |
| 331222 | Steel Wire Drawing |
| 332111 | Iron and Steel Forging |
| 332112 | Nonferrous Forging |
| 332114 | Custom Roll Forming |
| 332117 | Powder Metallurgy Part Manufacturing |
| 332119 | Metal Crown, Closure, and Other Metal Stamping (except Automotive) |
| 332311 | Prefabricated Metal Building and Component Manufacturing |
| 332312 | Fabricated Structural Metal Manufacturing |
| 332313 | Plate Work Manufacturing |
| 332321 | Metal Window and Door Manufacturing |
| 332322 | Sheet Metal Work Manufacturing |
| 332323 | Ornamental and Architectural Metal Work Manufacturing |
| 332710 | Machine Shops |
| 332721 | Precision Turned Product Manufacturing |
| 332722 | Bolt, Nut, Screw, Rivet, and Washer Manufacturing |
| 332991 | Ball and Roller Bearing Manufacturing |
| 332992 | Small Arms Ammunition Manufacturing |
| 332993 | Ammunition (except Small Arms) Manufacturing |
| 332994 | Small Arms, Ordnance, and Ordnance Accessories Manufacturing |
| 332996 | Fabricated Pipe and Pipe Fitting Manufacturing |
| 332999 | All Other Miscellaneous Fabricated Metal Product Manufacturing |
| 333120 | Construction Machinery Manufacturing |
| 333241 | Food Product Machinery Manufacturing |
| 333242 | Semiconductor Machinery Manufacturing |
| 333243 | Sawmill, Woodworking, and Paper Machinery Manufacturing |
| 333244 | Printing Machinery and Equipment Manufacturing |
| 333249 | Other Industrial Machinery Manufacturing |
| 333511 | Industrial Mold Manufacturing |
| 333514 | Special Die and Tool, Die Set, Jig, and Fixture Manufacturing |
| 333515 | Cutting Tool and Machine Tool Accessory Manufacturing |

| NAICS CODES | ESTABLISHMENTS |
|---|---|
| 333517 | Machine Tool Manufacturing |
| 333519 | Rolling Mill and Other Metalworking Machinery Manufacturing |
| 336211 | Motor Vehicle Body Manufacturing |
| 336212 | Truck Trailer Manufacturing |
| 336213 | Motor Home Manufacturing |
| 336214 | Travel Trailer and Camper Manufacturing |
| 337110 | Wood Kitchen Cabinet and Countertop Manufacturing |
| 337211 | Wood Office Furniture Manufacturing |
| 337212 | Custom Architectural Woodwork and Millwork Manufacturing |
| 337214 | Office Furniture (except Wood) Manufacturing |
| 337215 | Showcase, Partition, Shelving, and Locker Manufacturing |